# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JOSEPH THOMAS (#510994)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 13-38-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 26, 2014 (doc. no. 16). The plaintiff filed an objection which merely reasserts the same arguments and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Joseph Thomas is DENIED. Further, in the event that the Petitioner seeks to pursue an appeal in this case, a certificate of appealability is DENIED.

Baton Rouge, Louisiana, this 29th day of April, 2014.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE